# MEMORANDA OF CASES

## NOT REPORTED IN FULL.

---

DAVID BANASH *vs.* LOUISA FAWCETT.

### Third Judicial District.

[Argued January 15th—decided March 5th, 1895.]

ACTION on promissory note and book account, brought to the Court of Common Pleas in Fairfield County and tried to the court, *Curtis, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff for alleged errors in the rulings of the court. *No error.*

The defendant had effected a settlement with her creditors, including the plaintiff, and the principal claim made on the trial by the plaintiff was that his attorney had no authority to accept the defendant's offer and sign the compromise agreement. From all the evidence in the case the trial court found against the plaintiff on this point.

*John H. Light*, for the appellant (plaintiff).

*Joseph A. Gray*, for the appellee (defendant).

BY THE COURT. An inspection of the entire record fails to disclose any question of law for the consideration of this court. No error; all concur. Opinion filed with the clerk of the Court of Common Pleas, Fairfield County.